ORIGINAL

**FILED**

05/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 07-0011

_____

| | | |
|---|---|---|
| IN THE MATTER OF CALLING A RETIRED DISTRICT JUDGE TO ACTIVE SERVICE | O R D E R | **FILED**<br><br>MAY 1 5 2024<br><br>Bowen Greenwood<br>Clerk of Supreme Court<br>State of Montana |

_____

Honorable John Parker, Judge of the District Court for the Eighth Judicial District of the State of Montana, has requested the assistance of retired District Judge Mike Salvagni to assume jurisdiction of the Cascade County Adult Drug Treatment Court in Department D, on May 22, 2024.

Judge Salvagni has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Eighth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. Honorable Mike Salvagni, retired District Judge, is hereby called to active service in the District Court of the Eighth Judicial District of the State of Montana, to assume judicial authority of the Cascade County Adult Drug Treatment Court in Department D on May 22, 2024. Judge Salvagni is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Salvagni shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Cascade County, with the request that this Order be sent to all counsel of record in the above-listed matters.

4. A copy of this Order shall also be furnished to Honorable John Parker, Honorable Mike Salvagni, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 15th day of May, 2024.

_____
Chief Justice